IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PHILLIP AMERIS, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY TURNER, WILLIAM MOORE, AMID ABNEY and DONALD ABNEY,<br><br>  Defendants. | Civil Action No. 10-0023<br><br>Judge Gary L. Lancaster |

**ORDER OF COURT**

AND NOW, this 16th day of April, 2010, upon consideration of Plaintiff's Motion for Alternate Service, IT IS HEREBY ORDERED that the motion is GRANTED and pursuant to F.R.C.P. 4(e)(i) and Pa. R.C.P. 430(a), Plaintiff shall have the right to effect service of the Summons, Complaint and Civil Cover Sheet upon Defendant, Gregory Turner, by publication in a Philadelphia-area newspaper of general circulation.

_____
The Honorable Gary L. Lancaster
Chief United States District Judge