IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., | ) ) ) | Civil Action No. 10-23 |
| Plaintiff, | ) ) | |
| v. | ) ) | Chief Judge Gary L. Lancaster |
| GREGORY TURNER, WILLIAM MOORE, AMID ABNEY and DONALD ABNEY, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER OF COURT

AND NOW, to wit, this 24th day of May, 2010, it is hereby ORDERED that the above-referenced case is DISCONTINUED as to Defendant Gregory Turner.

_____
The Honorable Gary L. Lancaster,
Chief United States District Court Judge

LIT:481137-1 000004-010359